IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BEATRIZ VELASQUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CASE NO. 4:12CV66 |
| | § | |
| | § | |
| MICHAEL ANTHONY GREEN, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 13, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Petition for Return of Child be DENIED and this matter be closed on the court's docket.

The court has made a *de novo* review of the objections raised by Petitioner, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and finds that the objections are without merit. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, the Petition for Return of Child is DENIED and final judgment will be entered accordingly.

**IT IS SO ORDERED.**

**SIGNED this the 14th day of December, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE